*Caesar* vs. *Our Lady of Rosary,* 1744

At A Court of Vice Admiralty held at Newport in the Colony of Rhode Island on Monday the 9th July 1744 at 3 A P M

Before the Honble Leonard Lockman Esqr Judge

Capt John Griffith Commr of the Sloop Cesar on Oath in Court answered the following Questions

*Quest* 1st When and where did you take the Snow now brought into this Port

*Anr* I took her about 12 Leagues to the Eastward of the Havana on or about the 18th of June last

2d To what Port did she make when you took her

*Ansr* for the Havana

3. How many men Was there on board and of what nation, when you took them

*Ansr* About ninety the Greatest Part were Spands

4. What became of these men

*Anr* I gave them a Sloop with Provisions and all things Necessary to carry them to the Havanna Except the Captain and Eight men brought here

*Qn* Are all the Papers now Produced in Court all which were found on board at the time of Capture without, any fraud Subduction Addition or Embezelment

*Anr* Yes                                                          John Griffith


Juan Gonsales Baldes late Capt of the Snow, our Lady of Rosary, brought to this Port by Capt John Griffith on Oath in Court gave Answers to the following Questions Mr Moses Lopez Sworn Spanish Interpreter

*Quesn* 1st What knowledge have you of this Snow brought in here by Capt Griffith

*Anr* I knew her since the 24th of Novr N. S in the River Sina where she was built and Comandd her myself

*Quen* 2. Where was you bound.

*Anr* To Portabello to Load with Cocoa where I arrived the 27th Jany N. S. and there took My Load being about 80 Serons of Jesuits Bark and About 2200 Seroons of Cocoa and saild from thence the 8th June N: S bound to the Havana, and was taken by Capt John Griffith Comr of A Private man of War on the 29th of sd June N S.

*Q^n* Was you taken by any other Vessel since you saild from the River Sina till the time you was taken by Cap^t Grifith

*An^r* Yes I was taken by an English Man of war at Porto bello.

*Q^n* How came you to be released

*An^r* By Paying A Ransom to the Cap^t of 4000 P^s Eight

*Q^n* In who was the Property of the Vessel and Cargo

*An^r* The Vessel belong'd to One Joseph Monje, and Comp^y Subjects of the King of Spain and the Cargo belong'd to divers persons Inhabiting in Cadiz Seville and other Places in the Dominions of the King of Spain

*Q^n* Had you no Commission from the King of Spain or any other officer under him, to Apprehend or Seize any Vessels or Goods belonging to the Englis

*An^r* No                                      Juan Gonz^s Baldes

Tuesday July 10th ten A Clock A. M. The Court was Opend by Appointment The S^d Valdez Preferrd A Petition to the Judge One of the Negroes Produced a Certificate of freedom

Whereas By the Examination of Juan Gonsales Valdes late Cap^t of the Snow the Lady of Rosary brought into this Port by Cap^t John Grifith Com^n of the Private man of war Cesar, as also by A Spanish Pass Produced in Court, it Plainly Appears to me that the s^d Snow with her Appurtenances and her Cargo and Six Slaves Libelled for by the s^d Grifith are the Property of the Subjects of the King of Spain Enemies to our Sovereign Lord the King I Therefore condemn the s^d Snow Appurtenances and her Cargo and Slaves Afores^d As Lawfull Prize to be divided between the s^d Grifith his Owners and Comp^y as they Amongst themselves have agreed and what ever remains undivided I Order to be sold by William Mumford Marshall of said Court. the Captors Paying Cost.

Leonard Lockman